# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER A STANTON

                Plaintiff(s)

v.                           **Civil Action No.**   3:22cv475

JOHN GALIPEAU, Warden (termed 9/26/22)
MILLER, Sgt
JOHN HICKS, Legal Liaison
KENNETH WATTS, Mr., Asst. Warden (termed 9/26/22)
JOHN DOE, 3-Dorm Officer on July 26, 2021
JOHN DOE, Special Investigations Division
Office of Attorney General AG, a/k/a Jan Doe
A HARMN, Ofc (termed 9/26/22) and
JOHN DOE, 8 Dorm Officer on July 27, 2021

                Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____ which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The case is DISMISSED under 28 U.S.C § 1915A for failure to state a claim upon which relief can be granted.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty

DATE:   10/18/22                 GARY T BELL, CLERK OF COURT

                                    by   s/Monica Clawson
                                    *Signature of Clerk or Deputy Clerk*